No. 727, Misc. SHAW v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 745, Misc. ANDREWS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William J. Schafer, III,* for the United States.

No. 752, Misc. TITTMAN v. GREAT NORTHERN RAILWAY Co. C. A. 9th Cir. Certiorari denied. *Ben Anderson* for petitioner. *Thomas Balmer* and *Harry T. Davenport* for respondent.

No. 757, Misc. BARRETT v. LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied. *Joseph P. Jenkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for respondent.

No. 775, Misc. SOUTHERS v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 766, Misc. DALOIA v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 770, Misc. ROARK v. WEST ET AL. C. A. 5th Cir. Certiorari denied. *I. H. Spears* for petitioner.

No. 771, Misc. NEGRON v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.